H. E. Hilyard, Conservator of Patsy Joann Lane, an Incompetent Person, Plaintiff-Appellee, v. John Duncan, Defendant-Appellant.

Gen. No. 10,229.

Third District.

May 15, 1959.

Released for publication June 2, 1959.

Rinaker, Hebron & O'Connell, for defendant-appellant; D. A. McGrady, for plaintiff-appellee. Opinion by JUDGE CARROLL. **Not to be published in full.**